IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| DIANA SANTANA, | § | |
|     Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 4:21-cv-0574 |
| | § | |
| EKKO'S AUTOMOTIVE LLC and | § | |
| YANNIS/DIMITRI ENTERPRISES, | § | |
| LLC, | § | |
|     Defendants. | § | A Jury Is Demanded |

## NOTICE OF NONSUIT OF DEFENDANT YANNIS/DIMITRI ENTERPRISES, LLC

Diana Santana hereby files notice pursuant to Rule 41, Fed. R. Civ. P. Ms. Santana hereby dismisses her case against Yannis/Dimitri Enterprises, LLC. There has been no answer filled by Yannis/Dimitri Enterprises, LLC, and there are no pending summary judgment motions.

This notice of non-suit does not apply to Ekko's Automotive LLC.

Respectfully Submitted,

**THE BUENKER LAW FIRM**

*/s/ Thomas H. Padgett, Jr.*
Thomas H. Padgett, Jr.
TBA No. 15405420
tpadgett@buenkerlaw.com
2060 North Loop West, Suite 215
Houston, Texas 77018
713-868-3388 Telephone
713-683-9940 Facsimile

**ATTORNEY-IN-CHARGE FOR
PLAINTIFF DIANA SANTANA**

1

## **CERTIFICATE OF SERVICE**

      I hereby certify that on May 25, 2021 I electronically filed a copy of the foregoing Certificate of Interested Parties and served it by electronic transmission through the Court's CM/ECF system. I have also provided a copy via email to the attorney of record for the dismissed defendant.

                                               */s/ Thomas H. Padgett, Jr.*
                                               Thomas H. Padgett, Jr.