IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| DIANA SANTANA,<br>    Plaintiff, | §<br>§<br>§ | |
| v. | §<br>§ | CIVIL ACTION NO. 4:21-cv-0574 |
| EKKO'S AUTOMOTIVE LLC and<br>YANNIS/DIMITRI ENTERPRISES,<br>LLC,<br>    Defendants. | §<br>§<br>§<br>§<br>§ | <br><br><br>A Jury Is Demanded |

### STIPULATION OF DISMISSAL WITH PREJUDICE

COMES NOW, Plaintiff, Diana Santana ("Santana") and Defendant, Ekko's Automotive, LLC ("Ekkos"), and hereby stipulate under Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure that Santana's claims and causes of action pending against Ekko's be dismissed with prejudice with each party bearing that party's own attorney's fees and costs. Under Federal Rule of Civil Procedure 41(a)(1)(A), the notice or stipulation is effective immediately upon filing and without further order from the Court. *See,* Fed. R. Civ. P. 41(a)(1)(A)(ii); *see also, Texas v. United States*, 328 F. Supp. 3d 662, 672 (S.D. Tex. 2018) (allowing plaintiffs to dismiss an action, without court order, by filing a stipulation of dismissal by all parties who have appeared).

Respectfully Submitted,

**THE BUENKER LAW FIRM**

*/s/ Thomas H. Padgett, Jr.*
Thomas H. Padgett, Jr.
TBA No. 15405420
S.D.Tex. No.:  11554
tpadgett@buenkerlaw.com
Josef F. Buenker
TBA No. 03316860
jbuenker@buenkerlaw.com
2060 North Loop West, Suite 215
Houston, Texas 77018
713-868-3388 Telephone
713-683-9940 Facsimile

**ATTORNEYS FOR DIANA SANTANA**

**DuBose Law Offices, PLLC**

/s/ Suzanne J .DuBose
Suzanne J. DuBose
State Bar No:  24047521
Federal Bar No: 658335
1333 Old Spanish Trail
Suite G #364
Houston, Texas 77054
Ph:  832-534-0356
Fax:  832-941-1467
Email:  sdubose@duboselawoffice.com

**ATTORNEY FOR EKKO'S AUTOMOTIVE, LLC**