United States District Court
Southern District of Texas
**ENTERED**
September 14, 2021
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| DIANA SANTANA, | § § § | |
| Plaintiff, | § | |
| VS. | § § | CIVIL ACTION NO. 4:21-CV-574 |
| EKKO'S AUTOMOTIVE, LLC, | § § § | |
| Defendant. | § | |

## ORDER OF DISMISSAL

In accordance with the Stipulation of Dismissal of Defendant Ekko's Automotive, LLC, this action is DISMISSED with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

SIGNED at Houston, Texas, this 14th day of September, 2021.

_____
VANESSA D. GILMORE
UNITED STATES DISTRICT JUDGE